UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CARLY CALDWELL, et al.,

        Plaintiffs,

  v.

PRICE CLUB, et al.,

        Defendants.

NO. CIV. S-98 1377 FCD PAN

<u>MEMORANDUM AND ORDER</u>

----oo0oo----

    The court is in receipt of the Supplemental Status Report and request for authorization to use Trust funds for repairs to the residence owned by the Trust filed by the Trustee for the Carly Caldwell Special Needs Trust on July 28, 2005.  After reviewing the materials provided, the court GRANTS the request to expend up to $25,000.00 from the Trust principal for repairs to the home in preparation for its sale.  In accordance with the court's previous orders, the Trustee shall file with the court a request for approval to purchase a new residence, and include

1

therewith information regarding the purchase price for the property and the estimated monthly mortgage payment.

    IT IS SO ORDERED.

DATED: August 10, 2005.

                                           /s/ Frank C. Damrell Jr.
                                           FRANK C. DAMRELL, Jr.
                                           UNITED STATES DISTRICT JUDGE