UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CARLY CALDWELL, et al.,

        Plaintiffs,

  v.

PRICE CLUB, et al.,

        Defendants.

NO. 2:98-cv-1377 FCD PAN

<u>ORDER RE SPECIAL NEEDS TRUST</u>

----oo0oo----

    After review of the Trustee's Status Report and Third Accounting filed November 9, 2007, the court hereby approves the accounting and confirms that the CARLY CALDWELL SPECIAL NEEDS TRUST is a Special Needs Trust, and may not be used for any purpose other than supplementing the governmental benefits Carly Caldwell receives from Social Security, Medi-Cal, or other governmental agencies.  The Trustee, Lezlie Allison, is directed to continue to use the assets of the CARLY CALDWELL SPECIAL NEEDS TRUST, as described in the original Trust Agreement, as a supplement to Carly's governmental benefits.  The Trustee is further directed to continue to deposit the funds received from the annuity into the bank account titled in the name of the CARLY

1

1  CALDWELL SPECIAL NEEDS TRUST; said funds are to be used for
2  Carly's extraordinary or special needs, and as such, are not
3  considered income to Carly.  No prior order of this court,
4  including its November 9, 2004 order, amended or changed in any
5  way the CARLY CALDWELL SPECIAL NEEDS TRUST, whose purpose has
6  been and remains to permit Carly "to maintain eligibility for
7  need-based public assistance to cover [her] basic needs and
8  medical care, while allowing the settlement funds to be preserved
9  for [her] extraordinary or 'special' needs."  (Mem. & Order
10 Approving Settlement and Establishing Special Needs Trust, filed
11 Jan. 11, 2001.)
12      IT IS SO ORDERED.
13 DATED: November 14, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE